1
2
3
4
5
6
7
8     **UNITED STATES DISTRICT COURT**
9     **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.:  18cv654-MMA (AGS) |
| 12                          Plaintiff, | **CONSENT DECREE** |
| 13  v. | |
| 14  MERRITT HOSPITALITY, LLC, *et al.* | |
| 15                          Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1

# I.

## INTRODUCTION

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendants Merritt Hospitality, LLC ("Merritt") and HEI Hospitality, LLC ("HEI")(collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties") hereby stipulate and agree to entry of this Consent Decree (the "Decree") to fully and finally resolve Plaintiff's complaint against Defendants in *U.S. Equal Employment Opportunity Commission v. Merritt Hospitality, LLC, HEI Hospitality, LLC, and Does 1-10, inclusive*; Case No. 3:18-cv-00654 MMA-AGS (the "Action").  On March 30, 2018, Plaintiff filed this Action in the United States District Court, Southern District of California, for violation of the Americans with Disabilities Act of 1990 ("ADA"), as amended by the ADA Amendments Act of 2008 ("ADAAA"). The Action alleged that Defendants discriminated against Charging Party Kathryn Salvagno ("Charging Party" or "Salvagno") on the basis of disability by failing to engage in the interactive process, failing to provide a reasonable accommodation, and terminating Ms. Salvagno's employment because of her disability, asthma.

# II.

## PURPOSES AND SCOPE OF THE CONSENT DECREE

A.    The Parties agree that this Action should be fully and completely resolved by entry of this Consent Decree. The Decree is made and entered into by and between the EEOC and Defendants and shall be binding on and enforceable against Defendants, as well as their parents, subsidiaries, officers, directors, agents, successors and assigns.

B.    The Parties have entered into this Decree for the following purposes:

      1.    To provide appropriate monetary and injunctive relief;

      2.    To ensure Defendants' employment practices comply with federal law;

3.      To ensure a work environment free from discrimination, especially as it relates to disability discrimination;

4.      To ensure training in employment discrimination law including, but not limited to, disability discrimination, the interactive process, reasonable accommodations;

5.      To provide an appropriate and effective mechanism for handling reasonable accommodation requests;

6.      To provide an appropriate and effective mechanism for handling complaints of disability discrimination including, but not limited to, complaints regarding the interactive process and/or reasonable accommodations; and

7.      To ensure appropriate recording keeping, reporting, and monitoring.

## III.

## RELEASE OF CLAIMS

A.      This Decree fully and completely resolves all issues, claims, and allegations raised by the EEOC against Defendants in this Action.

B.      Nothing in this Decree shall be construed to limit or reduce Defendants' obligation to comply fully with the ADA/ADAAA or any other federal employment statute.

C.      Nothing in this Decree shall be construed to preclude the EEOC from bringing suit to enforce this Decree in the event that any party fails to perform the promises and representations contained herein.

D.      This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may be in existence or may later arise against Defendants in accordance with standard EEOC procedures.

## IV.

## JURISDICTION

A.      The Court has jurisdiction over the Parties and the subject matter of this litigation.  The Action asserts claims that, if proven, would authorize the Court to

1   grant the equitable relief set forth in this Decree.

2   B.      The terms and provisions of this Decree are fair, reasonable and just.

3   C.      This Decree conforms with the Federal Rules of Civil Procedure and the

4   ADA/ADAAA and is not in derogation of the rights or privileges of any person.

5   D.      The Court shall retain jurisdiction of this action during the duration of the

6   Decree for the purposes of entering all orders, judgments, and decrees that may be

7   necessary to implement the relief provided herein.

8                                   **V.**

9                 **EFFECTIVE DATE AND DURATION OF DECREE**

10  A.      The provisions and agreements contained herein are effective immediately

11  upon the date which this Decree is entered by the Court (the "Effective Date").

12  B.      Except as otherwise provided herein, this Decree shall remain in effect for

13  five (5) years after the Effective Date.

14                                  **VI.**

15               **MODIFICATION AND SEVERABILITY**

16  A.      This Decree constitutes the complete understanding of the Parties with

17  respect to the matters contained herein.  No waiver, modification or amendment of

18  any provision of this Decree will be effective unless made in writing and signed by

19  an authorized representative of each of the Parties.

20  B.      If one or more provisions of the Decree are rendered unlawful or

21  unenforceable, the Parties shall make good faith efforts to agree upon appropriate

22  amendments in order to effectuate the purposes of the Decree.  In any event, the

23  remaining provisions will remain in full force and effect unless the purposes of the

24  Decree cannot, despite the Parties' best efforts, be achieved.

25  C.      By mutual agreement of the Parties, this Decree may be amended or

26  modified in the interests of justice and fairness in order to effectuate the provisions

27  herein.

28  ///

# VII.

## COMPLIANCE AND DISPUTE RESOLUTION

A.      The Parties expressly agree that if the EEOC has reason to believe that Defendants have failed to comply with any provision of this Consent Decree, the EEOC may bring an action before this Court to enforce the Decree.  Prior to initiating such action, the EEOC will notify Defendants and their legal counsel of record, in writing, of the nature of the dispute. This notice shall specify the particular provision(s) that the EEOC believes Defendants have violated or breached. Defendants shall have twenty-one (21) days from receipt of the written notice to attempt to resolve or cure the breach. The Parties may agree to extend this period upon mutual consent.

B.      The Parties agree to cooperate with each other and use their best efforts to resolve any dispute referenced in the EEOC notice.

C.      After thirty (30) days have passed, inclusive of the twenty-one (21) days to resolve or cure the breach, if the Parties have reached no resolution or agreement to extend the time further, the EEOC may petition this Court for resolution of the dispute, seeking all available relief, including an extension of the term of the Decree, the EEOC's costs and any attorneys' fees incurred in securing compliance with the Decree, and/or any other relief the court deems appropriate.

# VIII.

## MONETARY RELIEF

A.      <u>Monetary Relief</u>

1.      Defendants will pay a total of $125,000.00 to Charging Party Kathryn Salvagno in monetary relief to resolve this action within thirty (30) days of the Effective Date. Defendants shall deliver a check via certified mail to Ms. Salvagno.

2.      The EEOC has designated that the payment will be non-wage compensation for any emotional distress suffered by Charging Party as a result of her alleged claims against Defendants and no tax withholding shall be made.

Defendants shall prepare and distribute a Form 1099 tax reporting form or equivalent tax reporting forms to Ms. Salvagno and shall make any appropriate reports to the Internal Revenue Service and other tax authorities. The 1099 form will be issued at the time the check is distributed.

3.     Within three (3) business days of the issuance of the settlement check, Defendants shall submit a copy of the check, tax reporting forms, and related correspondence to Anna Y. Park, Regional Attorney, U.S. Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, 4th Floor, Los Angeles, CA, 90012.

## IX.

## GENERAL INJUNCTIVE RELIEF

A.     Anti-Discrimination

Defendants, their officers, agents, management (including all supervisory employees), successors, assigns, and all those in active concert or participation with them, or any of them, are hereby enjoined from engaging in any employment practice which discriminates against any individual on the basis of disability.

B.     Retaliation

Defendants, their officers, agents, management (including all supervisory employees), successors, assigns, and all those in active concert or participation with them, or any of them, are hereby enjoined from implementing or permitting any action, policy or practice that subjects any current or former employee or applicant of Defendants to retaliation, because he or she has in the past, or during the term of this Decree:

1.     Opposed any practice made unlawful under the ADA/ADAAA;

2.     Filed a charge of discrimination alleging such practice;

3.     Testified or participated in any manner in an internal or external investigation or proceeding relating to this case or any claim of a violation of the ADA/ADAAA;

4.     Was identified as a possible witness or claimant in this action;

5.     Asserted any right under this Decree;

6.     Sought and/or received any relief in accordance with this Decree;

7.     Sought an accommodation under the ADA/ADAAA; and/or

8.     Is associated with an employee who has engaged in the activities set forth above in Section IX.B.

C.     Requests for Reasonable Accommodation

Defendants shall engage in the interactive process to provide a reasonable accommodation to disabled employees unless Defendants can establish undue hardship resulting from the reasonable accommodation requested by the employee.

## X.

## SPECIFIC INJUNCTIVE RELIEF

A.     Third Party Equal Employment Opportunity Monitor

1.     Within thirty (30) days after the Effective Date, Defendants shall retain a third-party Equal Employment Opportunity Monitor ("Monitor") with demonstrated experience in the areas of disability discrimination, reasonable accommodations, and the interactive process. The Monitor shall monitor Defendants' compliance with the ADA, ADAAA, and the provisions of this Decree, for all of Defendants' California locations and employees.

2.     The Monitor shall be subject to the Commission's approval, which shall not be unreasonably withheld, as follows: Defendants shall propose three potential monitors to the Commission.  If the Commission does not approve any of the proposed monitors, the Commission shall provide Defendants with a list of at least three suggested candidates acceptable to the Commission.  Defendants shall bear all costs associated with the selection and retention of the Monitor and the performance of their duties.

3.     The Monitor's responsibilities shall include:

a.     Reviewing, revising, and/or creating Defendants' policies,

procedures, and practices to ensure compliance with the ADA and ADAAA. Specifically, the Monitor will review and, if necessary, revise Defendants' employment policies to ensure that Defendants' policies clearly prohibit discriminatory conduct, including making any personnel decisions that discriminate on the basis of disability. The Monitor shall review, revise and/or create policies, procedures, and practices ensuring that Defendants engage in an effective interactive process with disabled employees to provide reasonable accommodations, that Defendants have appropriate complaint procedures in place, and that Defendants' policies conform with the ADA, ADAAA, employment discrimination laws, and the provisions of this Decree;

b.      Ensuring that effective live training is provided, by the Trainer described in Section X.B, to Defendants' employees at its Embassy Suites, 601 Pacific Highway, San Diego, CA 92101 location regarding their rights and responsibilities under the ADA/ADAAA including, but not limited to, Defendants' responsibilities to provide a workplace free of discrimination and harassment based on disability, Defendants' responsibilities to engage in the interactive process, Defendants' responsibilities to provide reasonable accommodations, Defendants' policies and procedures regarding the interactive process, Defendants' policies and procedures regarding requesting a reasonable accommodation, prohibition on retaliatory conduct against an employee for seeking an accommodation and/or complaining about disability discrimination, and Defendants' policies and procedures for making a complaint of disability discrimination or ADA/ADAAA retaliation;

c.      Ensuring effective live training is provided, by the Trainer described in Section X.B, to Defendants' supervisory and managerial employees at its Embassy Suites, 601 Pacific Highway, San Diego, CA 92101 location, including, but not limited to, any staff whose job includes human resources functions, to ensure Defendants' supervisory and human resources staff understand

their responsibilities with regard to complying with the ADA/ADAA, Defendants' policies, procedures, and practices implemented to prevent and correct disability discrimination and retaliation, and compliance with this Decree.  For example, the Monitor shall ensure that supervisors are properly trained regarding their responsibility to engage in the interactive process to provide a reasonable accommodation, processing requests for reasonable accommodations, handling complaints of discrimination on the basis of disability, preventing and correcting retaliation against employees who make requests for a reasonable accommodation or who complain about discrimination, understand the procedures for responding to complaints of discrimination or retaliation, and understand the distinction between requirements of the ADA/ADAAA and the Family and Medical Leave Act (FMLA);

    d. Conducting effective live training of Defendants' SVP of Human Resources and Corporate Director of Employee Relations to ensure that those employees understand their responsibilities with regard to complying with the ADA/ADAA, Defendants' policies, procedures, and practices implemented to prevent and correct disability discrimination and retaliation, and compliance with this Decree.

    e. Ensuring that Defendants create an effective centralized system of receiving and making determinations on requests for reasonable accommodations including properly engaging in the interactive process with the employee making the request in the form of an Accommodation Log as detailed in Section X.F below;

    f. Ensuring that Defendants create a centralized system of tracking discrimination complaints and steps taken with respect to the complaint and monitoring Defendants' investigation of all complaints of disability discrimination to ensure compliance with the ADA/ADAAA. The Monitor's duties with respect to complaints will also include ensuring that Defendants properly

communicate with complainants regarding the complaint procedure, status of the complaint investigation, results of the investigation, and any remedial action taken;

g.  Documenting Defendants' the reason(s) for the denial of any and all requests for a reasonable accommodation submitted by a disabled employee or applicant;

h.  At least quarterly through the term of the Decree, conducting and documenting an audit of accommodation requests, the interactive process, accommodation decisions, and any complaints of disability discrimination or retaliation, and report findings to the EEOC as required below;

i.  Preparing a semi-annual report to EEOC on Defendants' progress and compliance under this Decree;

j.  Ensuring that Defendants' reports required by this Decree are accurately compiled and timely submitted;

k.  Monitoring and ensuring the retention and maintenance of any documents or records required by this Decree;

l.  Monitoring and ensuring the distribution of any documents and Notice Posting as required by this Decree; and

m.  Otherwise ensuring Defendants' compliance with this Consent Decree and the ADA/ADAA.

4.  Defendants shall bear all costs associated with the selection and retention of the Monitor and the performance of his/her duties.

B.  Internal Equal Employment Opportunity Trainer

1.  Within thirty (45) days after the Effective Date, Defendants shall identify an EEO trainer, internal to HEI, with demonstrated experience in the areas of disability discrimination, reasonable accommodations, and the interactive process ("Trainer") to the Commission. Defendants shall provide the contact information and credentials of the proposed Trainer, as well as the content of the first training for each group, to the Commission for review.

1    2.    The Trainer shall be subject to the Commission's approval, which

2  shall not be unreasonably withheld. The Commission will only withhold approval

3  of the Trainer if he or she lacks adequate experience in the areas of disability

4  discrimination, reasonable accommodations, or the interactive process, or if the

5  Trainer refuses to offer a regimen of training that complies with the Commission's

6  compliance standards, as generally set out in Section X.B.4. If a proposed training

7  regimen fails to comply with the Commission's standards, the Commission will

8  identify the deficiencies and afford the Trainer an opportunity to cure within

9  fourteen (14) days. Failure to cure within fourteen (14) days will be considered a

10  refusal to offer a training regimen that complies with the Commission's standards.

11    3.    If, for either of the identified reasons in Section X.B.2, the

12  Commission does not approve the proposed Trainer, Defendants may propose a

13  second trainer, providing the same information, within thirty (30) days of the

14  Commission's rejection of the former trainer. The same process will follow. If the

15  second proposed trainer is rejected, Defendants shall provide a list of three

16  potential external Trainers within fourteen (14) days of the Commission's rejection

17  of the second proposed internal trainer. The Commission will only reject those

18  potential Trainers for the reasons identified in Section X.B.2. If all three of those

19  potential Trainers are rejected, the Commission will provide a list of three potential

20  external Trainers for Defendants' selection.

21    4.    The Trainer's responsibilities shall include:

22    a.    Providing effective live training to Defendants' employees at its

23  Embassy Suites, 601 Pacific Highway, San Diego, CA 92101 location regarding

24  their rights and responsibilities under the ADA/ADAAA including, but not limited

25  to, Defendants' responsibilities to provide a workplace free of discrimination and

26  harassment based on disability, Defendants' responsibilities to engage in the

27  interactive process, Defendants' responsibilities to provide reasonable

28  accommodations, Defendants' policies and procedures regarding the interactive

process, Defendants' policies and procedures regarding requesting a reasonable accommodation, prohibition on retaliatory conduct against an employee for seeking an accommodation and/or complaining about disability discrimination, and Defendants' policies and procedures for making a complaint of disability discrimination or ADA/ADAAA retaliation; and

     b. Providing effective live training to Defendants' supervisory and managerial employees at its Embassy Suites, 601 Pacific Highway, San Diego, CA 92101 location including, but not limited to, any staff whose job includes human resources functions, to ensure Defendants' supervisory and human resources staff understand their responsibilities with regard to complying with the ADA/ADAA, Defendants' policies, procedures, and practices implemented to prevent and correct disability discrimination and retaliation, and compliance with this Decree.  For example, the Trainer shall properly train supervisors regarding their responsibility to engage in the interactive process to provide a reasonable accommodation, processing requests for reasonable accommodations, handling complaints of discrimination on the basis of disability, preventing and correcting retaliation against employees who make requests for a reasonable accommodation or who complain about discrimination, understand the procedures for responding to complaints of discrimination or retaliation, and understand the distinction between requirements of the ADA/ADAAA and the Family and Medical Leave Act (FMLA).

C. <u>Policies and Procedures</u>

  1. Revision of Policies and Procedures

  Within sixty (60) days of the Effective Date, Defendants, with the assistance of the Monitor, shall review, revise, distribute, and implement its policies and procedures regarding compliance with the ADA and ADAAA including reasonable accommodations, properly engaging in the interactive process, and retaliation, on a company-wide basis.  Such policies and procedures shall include:

a. A clear and express prohibition against making any personnel decisions including, but not limited to, hiring, promotion, and/or termination, on the basis of disability;

b. A clear explanation of prohibited discriminatory conduct on the basis of disability;

c. Assurance that employees who make complaints of discrimination or who provide information related to such complaints are protected against retaliation;

d. A clear explanation of employees' rights and responsibilities under the ADA, the ADAAA, and this Decree, including that federal law requires Defendants to timely provide an available, effective reasonable accommodation with regard to all terms, conditions, benefits, and privileges of employment;

e. A clearly described accommodation process for employees or applicants who believe they require a reasonable accommodation on the basis of disability including, but not limited to, to whom an employee may make requests of accommodations, the procedures for communicating such requests to the proper decision-makers, whom an employee may contact if they have questions about the process; and the process by which an employee may complain about disability discrimination;

f. An accommodation process that provides a prompt, thorough, and effective interactive process that includes direct communication with the requesting employee to determine the need for reasonable accommodation, the available reasonable accommodations, and follow-up procedures to ensure that any provided accommodation continues to be effective;

g. A clear explanation of how an employee can request a reasonable accommodation and/or how an employee can accept a request for accommodation as well as contact information for the individual the employee can contact with questions or concerns;

h.     A clear requirement that Defendants, including supervisory employees or human resources personnel, shall timely provide to eligible employees an available reasonable accommodation with regard to all terms, conditions, benefits, and privileges of employment, provided it does not constitute an undue hardship;

i.     A clear explanation of the duties of supervisory and human resources employees have in timely engaging in the interactive process with and providing effective reasonable accommodations to employees who are deemed disabled;

j.     A clear requirement that Defendants, including supervisory employees or human resource personnel, shall engage in open and frequent communication with their employees throughout the interactive process, including an early meeting with the applicant or employee to discuss possible effective accommodations and the provision of the name of the contact person that the applicant or employee can contact with questions or concerns at any time in the process;

k.     A clear requirement that Defendants, including supervisory employees or human resource personnel, shall review any accommodation decision with the applicant or employee, including a communication to provide in writing to the applicant or employee the decision and reasons for the denial of accommodation request;

l.     A clear explanation of the duties of supervisory and human resources employees in conducting a follow-up meeting with the applicant or employee to evaluate the continued effectiveness of any accommodation provided and to discuss whether further engagement in the interactive process if necessary.

m.     A clearly described complaint process for employees or applicants who believe they have been subjected to disability discrimination that provides internal and external avenues for complaints;

n. A complaint process that provides a prompt, thorough, and impartial investigation;

o. A procedure for communicating with the complainant in writing regarding the status of the complaint/investigation, results of the investigation, and if any remedial action was taken,

p. Assurance that Defendants will take immediate and appropriate corrective action when it determines that disability discrimination has occurred;

q. Notice that anyone who inquires about an accommodation and/or makes a complaint of disability discrimination or provides information related to such complaints is protected against retaliation; and

r. A requirement that any employee in a supervisory position who receives a reasonable accommodation request, whether formal or informal, written or verbal, report such reasonable accommodation request to the human resources department within 24 hours of receiving said request;

Within ninety (90) days of the Effective Date of this Decree, Defendants shall provide to the EEOC a copy of all policies and procedures related to disability discrimination, reasonable accommodations, the interactive process, and/or complaints of disability discrimination. Within ninety (90) days of the Effective Date, Defendants shall ensure that it has distributed its Policy to all employees, on a company-wide basis. Within ninety (90) days of the Effective Date, Defendants shall submit to the Commission a statement confirming distribution of the Policy.

Defendants shall submit to EEOC any revisions to Defendants' policies, procedures, and practices to prevent and correct disability discrimination and retaliation sixty (60) days prior to the proposed change.

For each new managerial or non-managerial employee hired, anywhere in the nation, after the initial distribution of the Policy described above, Defendants shall ensure that the new employee and/or manager receives the Policy within ten

1   (10) days of employment.  On an annual basis throughout the term of the Decree,

2   since the last annual report along with a statement confirming distribution of the

3   policies and procedures to any person hired after the initial distribution but within

4   the term of the Decree.

5   D.     Training

6          1.      Training of All Employees at the Embassy Suites, 601 Pacific

7                  Highway, San Diego, CA 92101 Location

8                  Within ninety (90) days of the Effective Date of this Decree, and then

9   on an annual basis thereafter, the Trainer, in consultation with the Monitor, shall

10  provide live training lasting at least two (2) hours in duration all of Defendants'

11  employees at its Embassy Suites, 601 Pacific Highway, San Diego, CA 92101

12  location. The training shall cover Defendants' policies and procedures and federal

13  anti-discrimination laws with an emphasis on disability discrimination, the

14  interactive process, reasonable accommodations. The training shall further address

15  the following:

16         a.      The role and purpose of the ADA/ADAAA, including what

17  constitutes unlawful discrimination and the denial of a reasonable accommodation;

18         b.      Employee rights, including examples of qualifying disabilities

19  pursuant to guidance found in 29 C.F.R. § 1630.2, and reasonable

20  accommodations;

21         c.      Defendants' accommodation request process, including but not

22  limited to, how employees can notify Defendants of an accommodation request or

23  potential need for an accommodation;

24         d.      How to report disability discrimination, concerns regarding the

25  interactive process and denial of a reasonable accommodation, and retaliation

26  complaints; and

27         e.      Defendants' policies and procedures pursuant to engaging in

28  the interactive process and providing a reasonable accommodation.

1    Where an employee is unable to attend the scheduled training, Defendants
2  shall provide a live training at an alternative session covering the same issues set
3  forth above within ten (10) days of the training.  All persons required to attend
4  such training shall verify their attendance in writing.

5    Within ten (10) days of the hire date of any employee who is covered by this
6  section hired after the annual training but within the term of the Decree,
7  Defendants shall provide a live training of at least two-hour duration covering the
8  same issues set forth above. All persons required to attend such training shall
9  verify their attendance in writing.

10    2.    Training for Supervisors and other Management

11    Within ninety (90) days of the Effective Date of this Decree, and then on an
12  annual basis thereafter, the selected Trainer, in consultation with Monitor, shall
13  provide live, interactive training to all managers, all human resources personnel,
14  any staff members who are responsible for engaging in the interactive process
15  and/or processing reasonable accommodation requests, and any staff members who
16  are responsible for receiving and processing complaints of disability discrimination
17  at its Embassy Suites, 601 Pacific Highway, San Diego, CA 92101 location. The
18  training shall be at least two (2) hours in duration and focus on Defendants'
19  obligations and responsibilities under the ADA/ADAAA. The training shall also
20  address the following:

21    a.    Unlawful discrimination against applicants and employees with
22  disabilities as prohibited by the ADA and ADAAA;

23    b.    Defendants' obligations pursuant to the ADA and ADAAA to
24  engage in the interactive process and provide a reasonable accommodation;

25    c.    Each trainee's obligations in complying with federal laws
26  regarding employment discrimination on the basis of disability and retaliation;

27    d.    The interactive process, including that it is necessary to
28  communicate with every party involved with a particular accommodation including

-17-

the employee and the employee's managers and supervisors in order to assess the needs of the employee requesting a reasonable accommodation;

    e.    Monitoring accommodations to ensure employees are effectively accommodated and to ensure accountability of all parties involved in the accommodation process;

    f.    Obligations under this decree, including the duties regarding the Accommodation Log (Section X.F below);

    g.    Reviewing and assessing whether the interactive process was properly conducted, including determining the needs of disabled individuals to ensure they were provided a meaningful opportunity to engage in the interactive process;

    h.    How to recognize an accommodation request or a potential need for an accommodation for individuals with disabilities;

    i.    How to notify Defendants of an accommodation request or potential need for an accommodation for individuals with disabilities;

    j.    The purposes and goals of the interactive process and how best to ensure those purposes and goals are achieved;

    k.    Each trainee's particular role in the interactive and accommodation processes and obligations under Defendants' policies and procedures;

    l.    Each trainee's particular role in implementing an accommodation and monitoring its effectiveness, including methods for identifying effective accommodations;

    m.    How to address and report disability discrimination and retaliation complaints; and

    n.    Each attendee's obligations under ADA and ADAAA.

Where a managerial employee or supervisor is unable to attend the scheduled training, Defendants shall provide a live training at an alternative

session covering the same issues set forth above within ten (10) days of the training. All persons required to attend such training shall verify their attendance in writing.

Within ten (10) days of the hire date or promotion date of any employee who is covered by the managerial training hired after the annual training but within the term of the Decree, Defendants shall provide a live training of at least two hour duration covering the same issues set forth above. All persons required to attend such training shall verify their attendance in writing.

3.   Training for the SVP of Human Resources and Corporate Director of Employee Relations.

Within ninety (90) days of the Effective Date of this Decree, and then on an annual basis thereafter, the Monitor shall provide live, interactive training to the SVP of Human Resources and Corporate Director of Employee Relations regarding their responsibilities in advising and processing reasonable accommodation requests. The training shall be at least two (2) hours in duration and focus on Defendants' obligations and responsibilities under the ADA/ADAAA. The training shall also address the following:

a.   Unlawful discrimination against applicants and employees with disabilities as prohibited by the ADA and ADAAA;

b.   Defendants' obligations pursuant to the ADA and ADAAA to engage in the interactive process and provide a reasonable accommodation;

c.   Each trainee's obligations in complying with federal laws regarding employment discrimination on the basis of disability and retaliation;

d.   The interactive process, including that it is necessary to communicate with every party involved with a particular accommodation including the employee and the employee's managers and supervisors in order to assess the needs of the employee requesting a reasonable accommodation;

e.   Monitoring accommodations to ensure employees are

effectively accommodated and to ensure accountability of all parties involved in the accommodation process;

   f. Obligations under this decree, including the duties regarding the Accommodation Log (Section X.F below);

   g. Reviewing and assessing whether the interactive process was properly conducted, including determining the needs of disabled individuals to ensure they were provided a meaningful opportunity to engage in the interactive process;

   h. How to recognize an accommodation request or a potential need for an accommodation for individuals with disabilities;

   i. How to notify Defendants of an accommodation request or potential need for an accommodation for individuals with disabilities;

   j. The purposes and goals of the interactive process and how best to ensure those purposes and goals are achieved;

   k. Each trainee's particular role in the interactive and accommodation processes and obligations under Defendants' policies and procedures;

   l. Each trainee's particular role in implementing an accommodation and monitoring its effectiveness, including methods for identifying effective accommodations;

   m. How to address and report disability discrimination and retaliation complaints; and

   n. Each attendee's obligations under ADA and ADAAA.

  4. Verification of Training

   a. Within ninety (90) days of the Effective Date and annually thereafter, Defendants shall produce to the EEOC documents verifying the occurrence of all training sessions conducted as required under this Decree, including the written training materials used, a description of the training provided,

a list of the individuals who conducted the training, and a list of the names and job titles of attendees at each training session.

   b.   The EEOC shall have the right to attend the trainings described in the Decree.  Thirty (30) days prior to any training, Defendants shall provide written notice to EEOC including the time, location, name and contact information of the trainer.  The written notice shall be sent via U.S. Mail to the attention of Anna Y. Park, Regional Attorney, U.S. Equal Employment Opportunity Commission, 255 East Temple Street, 4th Floor, Los Angeles, California, 90012.

E.   Posting

   Within ten (10) business days after the Effective Date and throughout the term of this Decree, Defendants shall post the notice attached to the Decree as Exhibit A, in a clearly visible location frequented by employees at any of Defendants' locations within the State of California during the term of this Decree. The notice shall remain posted for the duration of the decree.

F.   ADA Coordinator

   1.   Within thirty (30) days of the Effective Date, Defendants shall designate an in-house ADA Coordinator and establish a record-keeping procedure that provides for the centralized tracking of requests for accommodations, the steps taken in the interactive process, disability discrimination complaints as well as the monitoring of such complaints and requests in an Accommodation Log, all on a California-wide basis.  The ADA Coordinator shall be responsible for tracking, monitoring and processing requests for accommodations and reporting on such requests to the Chief Executive Office or General Counsel.

   2.   Defendants shall retain all documents relating to any accommodation requests and any interactive process.  Defendants shall also maintain any documents generated or collected during the duration of this Decree in connection with any complaint of disability discrimination, any investigation into any complaint, and any resolution of any complaint.

3.      Defendants shall maintain an Accommodation and Complaint Log for the purpose of an annual self-assessment, with input and guidance of the Monitor, to assess and/or improve the way the interactive process is conducted by Defendants and the way in which reasonable accommodations are provided.

4.      The Accommodation Log will include the following information:

a.      Name of person making the request;

b.      Date of the request;

c.      Physical or mental impairment;

d.      Any person to whom the request for accommodation was made;

e.      Accommodation(s) requested, if any;

f.      Any person involved in the interactive process;

g.      Any records or documents made or reviewed in the course of engaging in the interactive process;

h.      Any person involved in the decision-making process regarding the request for accommodation;

i.      Accommodation provided, if any;

j.      The reason for the decision to provide or refuse any accommodation;

k.      Complaints made by individuals regarding accommodation issues, disability discrimination issues, and/or retaliation issues; and

l.      Whether any modification or additional accommodations in conjunction with the original accommodation were sought and if such requests were granted or denied.

5.      The Complaint Log will include the following information:

a.      Name of the person making the complaint;

b.      Date(s) of the complaint (including all oral and written complaints);

c.      Nature of the complaint;

1          d.      Names of any and all persons to whom the complaint was
2    made;

3          e.      Names of any and all alleged perpetrators of discrimination
4    and/or retaliation;

5          f.      Date of investigation into each complaint of discrimination
6    and/or retaliation

7          g.      Names of any and all individuals involved in the investigation;

8          h.      Names of any and all individuals interviewed during the
9    investigation;

10         i.      A brief summary of the investigation;

11         j.      A brief summary of how each complaint was resolved;

12         k.      Identity of each person involved in the resolution of the
13   complaint;

14         l.      Summary of all information, including all documents, that were
15   reviewed during the investigation and in reaching a resolution as to each
16   complaint; and

17         m.      Summary of any and all monitoring that has been conducted
18   following each complaint.

19         6.      In addition to reporting to the EEOC pursuant to this Decree,
20   Defendants shall produce the Accommodation and Complaint Logs to the EEOC
21   within thirty (30) days of a request by the EEOC.

22   G.    Recordkeeping

23         For the duration of the Decree, Defendants agree to maintain records as are
24   necessary to demonstrate their compliance with this Decree and to verify the
25   reports submitted are accurate. In addition to the Accommodation and Complaint
26   Logs detailed above, the records to be maintained shall include:

27         1.      All complaints of disability discrimination made in California,
28   including all relevant documents and communications related to the complaint;

2.     All communications regarding the interactive process and/or requests for and/or discussions about the need for reasonable accommodations made in California and/or relating to a California employee;

3.     All documents pertaining to the policy audits and changes implemented as a result of the audits, on a nationwide basis;

4.     All forms acknowledging any employee's receipt of the Policy, company-wide, as required under this Decree; and

5.     All documents verifying the occurrence of all training sessions and names and positions of all attendees for each session, as required under this Decree to be conducted at Embassy Suites, 601 Pacific Highway, San Diego, CA 92101.

Defendants will make the aforementioned records available to the EEOC and/or the Monitor for inspection and copying within ten (10) business days following a written request by the EEOC.

H.     Reporting

Defendants, through their EEO Monitor shall provide the following reports annually throughout the term of this Decree:

1.     The attendance lists of all attendees for the training sessions required under this Decree, at Embassy Suites, 601 Pacific Highway, San Diego, CA 92101 location, that took place since the previous report;

2.     Acknowledgements of receipt of the policies and procedures related to the ADA/ADAAA for all employees, company-wide, hired since the previous report;

3.     Defendants' Accommodation and Complaint Logs, compiled on a California-wide basis;

4.     Documentation regarding Defendants' reason(s) for the denial of any and all requests for a reasonable accommodation submitted by a disabled employee or applicant in California;

5.     A description of all complaints regarding disability discrimination

made in California since the submission of the immediately preceding report hereunder.  This description shall include the names of the individuals alleging disability discrimination, the nature of the discrimination, the names of the alleged perpetrators of disability discrimination, the dates of the alleged discriminatory actions, a brief summary of how each complaint was resolved, and the identity of the Defendants employee(s) who investigated and/or resolved each complaint.  If no results have been reached as of the time of the report, the result shall be included in the next report;

6.     Verification that the Notice Posting requirement as set forth in Section X.E is in full compliance throughout the duration of the Decree; and

7.     The status of Defendants' compliance with the terms of the Decree; and

8.     Whether any revisions of Defendants' policies and procedures regarding reasonable accommodation, disability discrimination, or retaliation have occurred since the preceding report, including a copy of the revised policies or procedures.

## XI.

## COSTS OF ADMINISTRATION AND IMPLEMENTATION OF CONSENT DECREE

Defendants shall bear all costs associated with its administration and implementation of its obligations under this Consent Decree.

## XII.

## COSTS AND ATTORNEYS' FEES

Each party shall bear its own costs of suit and attorneys' fees.

## XIII.

## MISCELLANEOUS PROVISIONS

A.    During the term of this Consent Decree, Defendants shall provide any potential successor-in-interest with a copy of this Consent Decree within a

1 | reasonable time of not less than thirty (30) days prior to the execution of any
2 | agreement for acquisition or assumption of control of any or all of Defendants'
3 | facilities, or any other material change in corporate structure, and shall
4 | simultaneously inform the EEOC of same.

5 | B.     During the term of this Consent Decree, Defendants shall assure that each of
6 | its directors, officers, human resources personnel, managers, and supervisors is
7 | aware of any term(s) of this Decree which may be related to his/her job duties.

8 | C.     Unless otherwise stated, all notices, reports and correspondence
9 | required under this Decree shall be delivered to the attention of Anna Y. Park,
10 | Regional Attorney, U.S. Equal Employment Opportunity Commission, 255 East
11 | Temple Street, 4th Floor, Los Angeles, CA, 90012; facsimile number (213) 894-
12 | 1301.

13 | D.     The Parties agree to entry of this Decree and judgment subject to final
14 | approval by the Court. All parties, through the undersigned, respectfully apply for
15 | and consent to this entry of this Consent Decree Order.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date: Nov. 15, 2018

By:     Anna Y. Park
        Attorneys for Plaintiff EEOC

///
///
///

-26-

1
2                                              JACKSON LEWIS P.C.
3
4   Date: November 15, 2018
5                                      By:   Adrienne L. Conrad
                                             Dionna Shear
6                                            Attorneys for Defendants Merritt
7                                            Hospitality, LLC and HEI
                                             Hospitality, LLC
8
9   Date: 11-15-18
10
                                       By:   Jean Schmier
11                                           Representative of Defendants Merritt
12                                           Hospitality, LLC and HEI
                                             Hospitality, LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

The provisions of the foregoing Consent Decree are hereby **APPROVED** and compliance with all provisions thereof is **HEREBY ORDERED**.

Dated:  November 26, 2018

Hon. Michael M. Anello
United States District Judge

18cv654-MMA (AGS)

# EXHIBIT A



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Los Angeles District Office

### NOTICE OF CONSENT DECREE

This Notice is being posted pursuant to a Consent Decree entered by the Federal Court in the case of U.S. Equal Employment Opportunity Commission v. Merritt Hospitality, LLC, HEI Hospitality, LLC, and Does 1-10, inclusive; Case No. 3:18-cv-00654 MMA-AGS, settling a lawsuit filed by the United States Equal Employment Opportunity Commission ("EEOC").

The EEOC is a government agency that enforces federal anti-discrimination laws in the workplace.  On March 30, 2018, the EEOC filed a lawsuit in the United States District Court for the Southern District of California against Merritt Hospitality, LLC and HEI Hospitality, LLC alleging that they discriminated against a former employee on the basis of disability. Thereafter, Merritt Hospitality, LLC and HEI Hospitality, LLC settled the case by entering into a Consent Decree with the EEOC and paying monetary relief to the employee. Merritt Hospitality, LLC and HEI Hospitality, LLC also agreed to relief intended to correct and prevent future discrimination including, but not limited to: retaining an equal employment opportunity monitor; reviewing and revising their equal employment policies and practices, especially as they relate to engaging in the interactive process and providing reasonable accommodations; providing annual training; posting and distributing this Notice of Consent Decree; tracking accommodation requests and complaints of employees; and record-keeping and reporting to the EEOC for five (5) years.

Merritt Hospitality, LLC and HEI Hospitality, LLC are committed to complying with federal anti-discrimination laws in all respects, including preventing and remedying disability discrimination and retaliation. Merritt Hospitality, LLC and HEI Hospitality, LLC will not tolerate discrimination against employees on the basis of that person's disability, sex, race, national origin, color, religion, and age, and prohibits retaliation against any employee who complains about discrimination, files a charge of discrimination, or participates, gives testimony, or assists in any investigation regarding discrimination.

If you believe that you have been discriminated against because of your disability, sex, national origin, age, race, color, or religion, or retaliated against, you may seek assistance from:

### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
1-800-669-4000